IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-382-CR




IRVIN OSCAR OFFERLE,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 89,395, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING


 




PER CURIAM



 This is an appeal from an order of the trial court revoking probation. 

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Justices Powers, Kidd and B. A. Smith]

Dismissed on Appellant's Motion

Filed: August 25, 1993

[Do Not Publish]